UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                          Chapter 13

Miguel Diaz                                                     Case No. 08-60239-dd

                           Debtor                         **AFFIDAVIT OF SERVICE**
-------------------------------------------------------X
STATE OF NEW YORK   )
COUNTY OF NASSAU   ) ss:

      Lauren Stietzle, being duly sworn, deposes and says:

      I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

      On December 3, 2009, I served the within Conditional Order Granting Relief from the Automatic Stay on the following parties, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Miguel Diaz
1133 Kossuth Avenue
Utica, NY 13501

Rita Rios
1133 Kossuth Avenue
Utica, NY 13501

David M. Giglio, Esq.
231 Elizabeth Street
Utica, NY 13501

Mark W. Swimelar, Esq.
250 South Clinton St.
Suite 203
Syracuse, NY 13202

Diana G. Adams, Esq.
Office of the U.S. Trustee
10 Broad Street, Room 105
Utica, New York 13501

                                                          _____
                                                          Lauren Stietzle

Sworn to before me this
3rd day of December, 2009

_____
NOTARY PUBLIC

                                        CATHERINE JONES
                                Notary Public - State of New York
                                        No. 01J06143668
                                Qualified in Nassau County
                                My Commission Expires April 17, 20_10_